| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

FILED
JUL 17 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>4:17CR00332 JAR |
|---|---|
| DEFENDANT<br>Ramon Luina III | TYPE OF PROCESS<br>Final Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2011 NISSAN ARMADA VIN: 5N1AA0NE4BN624505

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Asset Forfeiture
Office of the United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Dispose according to Law – Hold proceedings pending request for restoration 17-USP-001115

JUN 28 PM 3:15

Signature of Attorney or other Originator requesting service on behalf of:
/s/ Kyle Bateman
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 314/539-7740
DATE: 6/27/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 44 | District to Serve No. 44 | Signature of Authorized USMS Deputy or Clerk: C Rongey | Date 6-28-18

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: X
Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee $65 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $65 | Advance Deposits | Amount Owed to US Marshal or $65 | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

\* 07/09/2018 ASSET SOLD / LIQUIDATED VIA PUBLIC AUCTION

Proceeds held pending request for restoration.

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT